# United States Court of Appeals for the Tenth Circuit

| | |
|---|---|
| ERIC S. CLARK, | ) |
| | ) |
| Plaintiff-Appellant, | ) |
| | ) |
| | ) No. 19-3237 |
| v. | ) (D.C. No. 2:17-CV-02002-HLT) |
| | ) (D. Kan.) |
| CITY OF WILLIAMSBURG, KANSAS, | ) |
| | ) |
| Defendant-Appellee. | ) |

## RESPONSE TO ORDER AND REQUEST FOR LEAVE OF COURT

1. This court's order of July 23, 2020 ordered that "Appellant shall file a response stating whether he has identified and/or retained counsel who is a member of the bar of this court and willing to present oral argument on Appellant's behalf."

2. Appellant has identified counsel who is a member of the bar of the Tenth Circuit and is willing to present oral argument on his behalf provided that appearance for the argument can be held by videoconference from the District Court in Topeka.

3. Kim Leininger ( Kim_Leininger@ksd.uscourts.gov; 913-735-2205) has indicated that video conferencing of appearance can be accommodated at the District Court in Topeka **if so appearing is approved by this court.**

4. Therefore Appellant now requests leave of Court to provide affirmation of this court's approval that the identified counsel is to appear for oral argument by video conference from the District Court of Kansas in Topeka.

**Eric S. Clark ( pro se )**
1430 Dane Ave
Williamsburg, Kansas 66095
Phone: (785) 214-8904

*[signature: Eric S. Clark]*

## CERTIFICATE OF SERVICE

Appellant hereby certifies that service was made by mailing true and correct copies of the foregoing RESPONSE TO ORDER AND REQUEST FOR LEAVE OF COURT

by deposit in the United States Mail, Postage prepaid,

on July 31, 2020 addressed to:

J. Steven Pigg, Andrew D. Holder, Seth Aaron Lowry
FISHER, PATTERSON, SAYLER & SMITH, L.L.P.
3550 S.W. 5th St.
Topeka, KS 66606

and to:

Alan V. Johnson (10th Circuit bar, KS. no. 09992 )
Sloan Eisenbarth Glassman McEntire & Jarboe, LLC  − Topeka
534 South Kansas Avenue
Suite 1000
Topeka, KS 66603−3456

and the original and three copies to:

Clerk, The United States Court of Appeals for the Tenth Circuit
The Byron White U.S. Courthouse
1823 Stout Street
Denver, CO 80257


Eric S. Clark, 1430 Dane Ave, Williamsburg, Kansas [66095] 785-214-8904

PRESS FIRMLY TO SEAL  PRESS FIRMLY TO SEAL

$ 007.75

JUL 31 2020
MAILED FROM ZIP CODE 66095



**UNITED STATES POSTAL SERVICE**

**PRIORITY MAIL**

FROM:

Eric S. Clark
1430 Dane Ave
Williamsburg, Kansas 66095


Scanned by U.S. Marshal

TO:

Clerk, The United States Court of Appeals for the Tenth Circuit
The Byron White U.S. Courthouse
1823 Stout Street
Denver, CO 80257

USPS TRACKING #
9114 9014 9645 1838 9275 08

USPS.COM/PICKUP

te of delivery specified*
PS TRACKING™ included to many major ernational destinations.
ited international insurance.
k up available.*
ler supplies online.*

For Domestic shipments, the maximum weight is 70 lbs. For International shipments, the maximum weight is 4 lbs.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP14F © U.S. Postal Service; October 2018; All rights reserved.